H. D. Lutz, appellee, v. Harry Riley, sheriff, appellant. Gen. No. 7,937.

Replevin to determine ownership of personal property. Judgment for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 8, 1926.

Ward & Pugh, for appellant. Geo. B. Rhoads, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

## FOURTH DISTRICT.

J. P. Gallagher, defendant in error, v. Bailey Wilkinson, Sr., and Bailey Wilkinson, Jr., plaintiffs in error.

Action to recover damages for injury to automobile in collision. Judgment for plaintiff. Error to the Circuit Court of Pulaski county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.

Fred Hood, for plaintiffs in error. C. L. Rice, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Sylvester Rizzutti, plaintiff in error.

Conviction for unlawful sale of intoxicating liquor. Error to the County Court of Perry county; the Hon. J. G. Vankeuren, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.

L. P. Harriss and L. A. Cranston, for plaintiff in error. J. E. Harris, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Owen Kibler, plaintiff in error.

Conviction for carrying concealed weapon. Error to the County Court of Jasper county; the Hon. H. C. Davidson, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed February 17, 1926.

James P. Jack, for plaintiff in error. Homer Kasserman, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

The McCaskey Register Company, appellant, v. William J. Clayton, appellee.

Action for goods sold and delivered. Judgment for defendant. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.

T. A. O'Connor, for appellant. Felsen & Kane, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.